STATE ex rel. Gerard DONOVAN

v.

Robert PASCALE, Jr.

No. 82–41–M.P.

Supreme Court of Rhode Island.

April 21, 1982.

Michael J. Kiselica, Providence, for petitioner.

### ORDER

The petition for writ of certiorari is denied.